1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DOTC UNITED, INC., et al.,

          Plaintiffs,

    v.

GOOGLE ASIA PACIFIC PTE. LTD.,

          Defendant.

Case No.  22-cv-04990-JSC

**PRETRIAL ORDER NO. 1**

As discussed at the May 9, 2023 case management conference, the Court adopts the parties' scheduling proposal (Dkt. No. 86) as set forth below:

| Date | Procedural Step |
|---|---|
| May 12, 2023 | Petitioners to notify Respondent whether they will waive the Hague Convention requirements for discovery |
| May 19, 2023 | Respondent sends Petitioners proposed stipulation of undisputed facts (including documents to tender into evidence) |
| June 2, 2023 | Petitioners respond to Respondent's proposed stipulation |
| June 9, 2023 | Parties file stipulation of undisputed facts with Court |
| June 16, 2023 | Parties exchange targeted Requests for Production (RFPs) and Requests for Admission (RFAs) |
| June 24, 2023 | • Parties exchange objections to RFPs and RFAs<br>• Parties begin rolling production of documents not objected to (stipulated protective order to be agreed upon in advance) |

United States District Court
Northern District of California

| | |
|---|---|
| Sept. 15, 2023 | Parties complete production of documents not objected to (including following meet and confer discussions after objections exchanged) |
| Oct. 13, 2023 | Last day for hearings on discovery letter briefs |
| Dec. 15, 2023 | Parties submit:<br><br>• Proposed findings of fact and conclusions of law (simultaneous submissions)<br><br>• Witness declarations (simultaneous submissions)<br><br>• Joint exhibit list<br><br>• Motions in limine (if needed)<br><br>• Joint status report re: settlement |
| Jan. 12, 2024 | Parties submit:<br><br>• Responses to proposed findings of fact and conclusions of law (simultaneous submissions)<br><br>• Objections to witness declarations (if needed)<br><br>• Oppositions to motions in limine (if needed)<br><br>• Joint proposed final pre-trial conference order |
| Feb. 8, 2024 | Final Pretrial Conference at 2:00 p.m. |
| March 4-6, 2024 | Bench Trial |

**IT IS SO ORDERED.**

Dated:  May 9, 2023

_Jacqueline Scott Corley_

JACQUELINE SCOTT CORLEY
United States District Judge

2